**Order entered October 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01449-CV

## DOUGLAS HUNDERMAN AND DOROTHY HUNDERMAN, Appellants

## V.

## NATIONSTAR MORTGAGE, LLC, ET AL, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09043**

### ORDER
Before Justices Myers, Nowell, and Evans

Before the Court is appellants' September 17, 2020 motion for rehearing and to reinstate the appeal. Our records show this case was dismissed for want of prosecution, in particular because appellants failed to file a brief. In his motion, appellants' counsel contends he filed the brief via the Texas electronic filing system, but was unable to verify it had been filed on the Court's case management system due to the ransomware attack. Appellants' motion is not verified or

otherwise supported with evidence showing the brief was filed with the electronic filing system.

Appellants are requested to provide evidence in support of the motion, via affidavit or otherwise, within **TEN DAYS** of the date of this order. Failure to do so will result in the denial of the motion without further notice.

Appellees may file a response no later than **TEN DAYS** from the later of the date appellants files evidence or, if not filed, from the deadline for appellants to file evidence.

/s/    DAVID EVANS
        JUSTICE